# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Moore II, John H | 2. Court or Organization<br><br>U.S. DISTRICT COURT MDFL | 3. Date of Report<br><br>04/30/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge-Sr. Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>300 North Hogan Street<br>Suite 11-400<br>Jacksonville, FL 32202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Guardian | ██████ |
| 2. Co-Trustee | ██████████████ reated 6/9/2004 |
| 3. Director | Quail Pointe II Condominium Association |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore II, John H | 04/17/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | State of Florida - retirement | $ 19832.00 |
| 2. | Sun Life Insurance Co. - Annuity | $ 2060.00 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore II, John H | 04/17/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore II, John H | 04/17/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vet Admin | A | Interest | J | T | | | | | |
| 2. Wachovia | C | Interest | M | T | | | | | |
| 3. Ameren, common stock | D | Dividend | M | T | | | | | |
| 4. Pacific Gas & Elec. Co., common stock | C | Dividend | M | T | | | | | |
| 5. J. P. Morgan Chase & Co., common stock | B | Dividend | L | T | | | | | |
| 6. Merrill Lynch CMA Acct. | D | Dividend | P1 | T | | | | | |
| 7. Bond-Fla. St. (JTA) | A | Interest | J | T | | | | | |
| 8. Bank of America | A | Interest | J | T | | | | | |
| 9. Walt Disney - common stock | A | Dividend | K | T | | | | | |
| 10. USAA Tax Ex. H.Y. Fund | B | Dividend | K | T | | | | | |
| 11. Bank of America | A | Interest | K | T | | | | | |
| 12. Wachovia, IRA CD | A | Interest | K | T | | | | | |
| 13. Wachovia, IRA CD | A | Interest | K | T | | | | | |
| 14. Becton-Dickinson, common stock | B | Dividend | L | T | | | | | |
| 15. Exxon Mobil - common stock | E | Dividend | P1 | T | | | | | |
| 16. Goodyear Tire, common stock | A | Dividend | J | T | | | | | |
| 17. Southern Co., common stock | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore II, John H | 04/17/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Avery Dennison Corp., common stock | A | Dividend | J | T | | | | | |
| 19. Van Kam FL Qual Mun Tr, mutual funds | C | Dividend | L | T | | | | | |
| 20. Novartis ADR, common stock | A | Dividend | J | T | | | | | |
| 21. Campbell Soup Co., common stock | A | Dividend | J | T | | | | | |
| 22. Toll Bros. Inc., common stock | A | Dividend | J | T | | | | | |
| 23. Palm Beach Cty Sch., Bond | C | Interest | L | T | | | | | |
| 24. Palm Beach Cty Sch., Bond | B | Interest | L | T | | | | | |
| 25. Verizon - common stock | B | Dividend | K | T | | | | | |
| 26. Vodafone | A | Dividend | J | T | | | | | |
| 27. Equitable Accumulator - annuity | C | Dividend | M | T | | | | | |
| 28. Wachovia Diversified Managed Account | D | Dividend | P1 | T | | | | | |
| 29. Wachovia Nuveen Asset Mgmt - High Quality Municipal Bond Fnd | D | Interest | P1 | T | | | | | |
| 30. USAA - Investment Account | A | Interest | K | T | | | | | |
| 31. USAA - Savings | A | Interest | K | T | | | | | |
| 32. General Electric - common stock | A | Dividend | J | T | | | | | |
| 33. Ametek | B | Dividend | M | T | | | | | |
| 34. BellSouth | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore II, John H | 04/17/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Comcast | A | Dividend | J | T | | | | | |
| 36. Citigroup | B | Dividend | L | T | | | | | |
| 37. Cooper Industries LTD | D | Dividend | N | T | | | | | |
| 38. Ford Motor Co. - common stock | B | Dividend | K | T | sell | 12/26 | K | A | |
| 39. TRI Cont'l Corp | A | Dividend | J | T | | | | | |
| 40. General Motors - common stock | A | Dividend | J | T | sell | 12/26 | J | A | |
| 41. Honeywell Int'l - common stock | A | Dividend | K | T | | | | | |
| 42. International Paper - common stock | A | Dividend | J | T | sell | 12/26 | K | A | |
| 43. National Grid Transco | B | Dividend | J | T | | | | | |
| 44. AT&T - common stock | B | Dividend | K | T | | | | | |
| 45. Wachovia Nat'; Bank | B | Interest | L | T | | | | | |
| 46. Bank of AMerica Nat'l Bank | A | Interest | M | T | | | | | |
| 47. Par Investment Club | A | Interest | N | T | | | | | |
| 48. -- Armor Holdings Inc | | | | | | | | | |
| 49. -- AMN Healthcare Services | | | | | | | | | |
| 50. -- Amgen Incorporated | | | | | | | | | |
| 51. -- Citigroup Inc | | | | | buy-add'l | 2/22 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore II, John H | 04/17/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -- Caremark Rx Inc | | | | | sell - part | 11/22 | J | A | |
| 53.  -- Costco Wholesale | | | | | sell - part | 4/19 | J | A | |
| 54.  -- Costco Wholesale | | | | | buy- add'l | 9/20 | J | A | |
| 55.  -- EMC Corp Mass | | | | | sell | 9/20 | J | A | |
| 56.  -- Global Axcess Corp new | | | | | sell | 9/20 | J | A | |
| 57.  -- General Electric Company | | | | | | | | | |
| 58.  -- International Business | | | | | | | | | |
| 59.  -- Intel Corp | | | | | sell | 5/17 | J | A | |
| 60.  -- Illinois Tool Works Inc | | | | | | | | | |
| 61.  -- Johnson & Johnson | | | | | | | | | |
| 62.  -- L-3 Communications Hldgs | | | | | sell - part | 9/20 | J | A | |
| 63.  -- 3 M Company | | | | | | | | | |
| 64.  -- Motorola | | | | | | | | | |
| 65.  -- Microsoft Corp | | | | | sell | 11/21 | J | A | |
| 66.  -- Pharmaceutical NYMOX | | | | | | | | | |
| 67.  -- Pepsico Incorporation | | | | | buy - add'l | 2/22 | J | A | |
| 68.  -- PSS World Medical Inc | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore II, John H | 04/17/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- Stryker Corp | | | | | buy - add'l | 1/18 | J | A | |
| 70. -- United Health Group Inc. | | | | | | | | | |
| 71. -- Viisage Technology New | | | | | | | | | |
| 72. -- Winn-Dixie Stores Inc. | | | | | sell | 7/19 | J | A | |
| 73. -- Watts Water Tech Inc A | | | | | buy - add'l | 1/18 | J | A | |
| 74. -- Watts Water Tech Inc A | | | | | sell | 11/19 | J | A | |
| 75. -- Grey Wolf | | | | | buy | 3/22 | J | A | |
| 76. -- Nymox | | | | | buy | 3/22 | J | A | |
| 77. -- Nymox | | | | | sell | 10/18 | J | A | |
| 78. -- Norfolk Southern | | | | | buy | 5/17 | J | A | |
| 79. -- Norfolk Southern | | | | | buy - add'l | 9/20 | J | A | |
| 80. -- BHP Billiton | | | | | buy | 5/17 | J | A | |
| 81. -- Celgene | | | | | buy | 6/21 | J | A | |
| 82. -- Celegene | | | | | buy | 11/22 | J | A | |
| 83. -- Autodesk | | | | | buy | 7/19 | J | A | |
| 84. -- Autodesk | | | | | buy | 9/20 | J | A | |
| 85. -- Consol Energy | | | | | buy | 8/16 | J | A | |

1. Income Gain Codes: A =$1,000 or less B =$1,001 - $2,500 C =$2,501 - $5,000 D =$5,001 - $15,000 E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000 G =$100,001 - $1,000,000 H1 =$1,000,001 - $5,000,000 H2 =More than $5,000,000
2. Value Codes J =$15,000 or less K =$15,001 - $50,000 L =$50,001 - $100,000 M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000 O =$500,001 - $1,000,000 P1 =$1,000,001 - $5,000,000 P2 =$5,000,001 - $25,000,000
3. Value Method Codes P3 =$25,000,001 - $50,000,000 R =Cost (Real Estate Only) P4 =More than $50,000,000 T =Cash Market
(See Column C2) Q =Appraisal S =Assessment
U =Book Value V =Other W =Est

| Name of Person Reporting | Date of Report |
|---|---|
| Moore II, John H | 04/17/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- Buffalo Wild Wings | | | | | buy | 4/20 | J | A | |
| 87. -- Buffalo Wild Wings | | | | | sell | 11/21 | J | A | |
| 88. -- Superior Energy | | | | | buy | 11/22 | J | A | |
| 89. -- Texas Instruments | | | | | buy | 12/20 | J | A | |
| 90. McDonalds Corporation - common stock | A | Dividend | J | T | | | | | |
| 91. Wal-Mart Stores - common stock | A | Dividend | J | T | | | | | |
| 92. St. Joe Corp. - common stock | A | Dividend | J | T | | | | | |
| 93. HW Harris Co. Mud.NO.Tex-ser | | | | | buy | 6/1 | L | A | |
| 94. Idearc Inc sommon stock | | | | | spin-off | 12/6 | J | A | See SEC viii |
| 95. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore II, John H | 04/17/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

See Sec VII, L94.  This is a spin-off from Verizon (Sex VII L25) sometime in December 2006.  The exact date is unknown.

| Name of Person Reporting | Date of Report |
|---|---|
| Moore II, John H | 04/17/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date 4/30/07

NOTE: AI _____ VIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRI _____ SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544